# Order

Michigan Supreme Court
Lansing, Michigan

May 5, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

162094(62)

LESLEY MEYERS, Personal Representative
of the ESTATE OF SAMUEL CORRADO,
      Plaintiff-Appellant,

v

SC: 162094
COA: 346920
Macomb CC: 2016-003128-NH

KAREN RIECK, RADI GERBI, R.N., JESSICA
JOHNSON, L.P.N., BEAUMONT NURSING
HOME SERVICES, INC., and PINEHURST
EAST, INC.,
      Defendants,
and

SHELBY NURSING CENTER JOINT VENTURE,
doing business as SHELBY NURSING CENTER,
      Defendant-Appellee.
_____/

On order of the Chief Justice, the motion of the Michigan Association for Justice to file a brief amicus curiae is GRANTED. The amicus brief submitted on April 29, 2021, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.



May 5, 2021

Clerk